UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SUSANNE GANN and DARREN REMINGTON, domestic partners,<br><br>Plaintiffs,<br>v.<br><br>BRIAN KOLFAGE, SR.; BRIAN G. KOLFAGE, JR. also known as SENIOR AIRMAN BRIAN KOLFAGE; ASHLEY KOLFAGE; LOGAN ELIA; SCOTT KUHNEN,<br><br>Defendants. | No. 3:14-cv-01609<br>Judge Haynes<br>DEFENDANTS' MOTION FOR JUDGEMENT ON THE PLEADINGS |

**DEFENDANT SCOTT KUHNEN MOTION FOR JUDGEMENT ON THE PLEADINGS**

Now comes the Defendant Scott Kuhnen (Defendant), representing himself Pro Se, as set forth more fully in the Brief in Support, filed contemporaneously with this Motion, moves this Court, pursuant to Federal Rules of Civil Procedure 12(C), for an order granting judgment on the pleadings in favor of the Defendant, on the ground that Plaintiffs have failed to state a claim upon relief can be granted, is barred from seeking relief under the doctrine of *res judicata* and *collateral estoppel.*

, Plaintiffs' Complaint irreparably fails to set forth a claim for defamation, false light, copyright infringement and civil conspiracy against the Defendant

RESPECTFULLY submitted this day, 8th of January of 2016,

By [signature]

1

Scott Kuhnen, Pro Se

412 Colden Pond RD

Ellerbe, NC 28338

910-206-6845

## CERTIFICATE OF SERVICE

I, Defendant Scott Kuhnen certify a copy of the foregoing was sent to the following attorneys of record through the ECF filing system:

Barret S. Albritton

bsa@smrw.com

SPEARS, MOORE, REBMAN & WILLIAMS, P.C.

801 Broad Street, 6th Floor

Chattanooga, Tennessee 37402


Defendant further certify that on this 8th of January of 2016 the foregoing document was served by first class U.S. mail postage to the following:

Darren Remington

6025 Stage RD

Suite No. 42-321

Bartlett, TN 38134


Susanne Gann

6025 Stage RD

Suite No. 42-321

Bartlett, TN 38134


RESPECTFULLY SUBMITTED this 8th of January of 2016,

By _____

Scott Kuhnen

412 Colden Pond RD

Ellerbe, N.C. 28338

3

Case 3:14-cv-01609   Document 151   Filed 01/11/16   Page 3 of 4 PageID #: 1475

EXTREMELY URGENT   Please Rush To Addressee    home or office at usps.com/pick

Print postage online - Go to usps

PLEASE PRESS FIRMLY

U.S. POSTAGE PAID
ELLERBE, NC
28338
JAN 08, 16
AMOUNT
**$19.99**
R2305K139651-05

1007    37203

# EXPRESS MAIL
UNITED STATES POSTAL SERVICE

## Flat Rate Mailing Envelope
For Domestic and International Use

EL197549232US



**EMS**

When used internationally affix customs declarations (PS Form 2976, or 2976A).

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 410 ) 206-6842
Scott Kuhnen
412 Golden Pond Rd
Ellerbe, NC 28338



UNITED STATES POSTAL SERVICE ® | PRIORITY ★ MAIL ★ EXPRESS™

PAYMENT BY ACCOUNT (if applicable)

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance, OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☒ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 28338
Scheduled Delivery Date (MM/DD/YY): 1-11-16
Postage: $19.99

Date Accepted (MM/DD/YY): 1-8-16
Scheduled Delivery Time: ☐ 10:30 AM ☒ 3:00 PM ☐ 12 NOON
Insurance Fee: $
COD Fee: $

**TO:** (PLEASE PRINT)   PHONE ( )
Nashville Clerk's Office
801 Broadway, Room
Nashville, TN 37203

Time Accepted: 9:42 ☐ AM ☐ PM
10:30 AM Delivery Fee: $
☒ Flat Rate
Return Receipt Fee: $
Live Animal Transportation Fee: $

Weight: lbs. ozs.
Sunday/Holiday Premium Fee: $
Acceptance Employee Initials:
Total Postage & Fees: $19.99

**RECEIVED IN CLERK'S OFFICE**
**JAN 1 1 2016**
**U.S. DISTRICT COURT**
**MID. DIST. TENN.**

ZIP+4® (U.S. ADDRESSES ONLY): 37203

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-B, SEPTEMBER 2015   PSN 7690-02-000-9996   3-ADDRESSEE COPY

USPS packaging products have been awarded Cradle to Cradle Certification℠ for their ecologically-intelligent design. For more information go to mbdc.com/usps

Cradle to Cradle Certified℠ is a certification mark of MBDC.

Please recycle.

Visit us at usps.com    We Deliver!    Recycled Paper

EP13F