# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SUSANNE GANN and DARREN REMINGTON, ) ) ) Plaintiffs, ) ) v. ) ) BRIAN G. KOLFAGE, SR., *et al.*, ) ) Defendants. ) | NO. 3:14-cv-01609 JUDGE CRENSHAW |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge, to which no objections have been filed. (Doc. No. 201.) The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, Defendant Scott Kuhnen's Motion for Judgment on the Pleadings (Doc. No. 151) is **GRANTED**. Plaintiffs' case against Kuhnen is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE