**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **SUSANNE GANN and DARREN REMINGTON,** ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **NO. 3:14-cv-01609** |
| **v.** ) | **JUDGE CRENSHAW** |
| ) | |
| **BRIAN G. KOLFAGE, SR.,** *et al.***,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge, to which no timely objections have been filed. (Doc. No. 162.) The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, Defendants' Motion to Reconsider (Doc. No. 120) is **DENIED**. Defendants' Motion to Dismiss (Doc. No. 142) is **GRANTED IN PART** with respect to the claims brought against Logan Elia and the claims Darren Remington brought against Ashley Kolfage and Brian G. Kolfage, Jr., and **DENIED IN PART** in all other respects. All claims against Logan Elia and Darren Remington's claims against Ashley Kolfage and Brian G. Kolfage, Jr., are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.


_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE